UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. THOMPSON,<br><br>               Plaintiff,<br><br>    v.<br><br>RICHARD C. PIGMON,<br><br>               Defendant. | Case No.  C06-5179KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is GRANTED.  Plaintiff is currently is proceeding *pro se* in this matter, and does not appear to have funds available to afford the $250.00 filing fee.

    The Clerk is directed to mail a copy of this Order to plaintiff.

    DATED this 19th day of April, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1