HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD C. PIGMON, <br><br> Defendant. | NO. C06-5179-RBL <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed Defendant's Motion for Summary Judgment with supporting documents, the remainder of the pleadings filed herein, and being fully advised in the premises, does hereby find and ORDER;

Defendant's Motion for Summary Judgment is hereby GRANTED; and the Plaintiff's complaint is DISMISSED with prejudice.

DATED this 7th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
ROB MCKENNA
Attorney General

/s/ Kenneth Orcutt
KENNETH D. ORCUTT, WSBA #10858
Assistant Attorney General
Attorneys for Defendant

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
NO. C06-5179KLS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600